UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and JOE HOUSTON, individually, | : : : : |
| Plaintiffs, | : Case No.: 0:11-cv-61423-CMA |
| v. | : : |
| CITITRENDS, INC., a foreign for profit corporation, | : : : |
| Defendant. | : : : |

**NOTICE OF SETTLEMENT**

Plaintiffs, ACCESS 4 ALL, INC. and JOE HOUSTON, by and through their undersigned counsel, hereby gives the Court notice that the parties have reached a settlement in this matter. The parties are finalizing the settlement documents.

Dated: November 14, 2011.

Respectfully submitted,

/s/ Barbra R. Joyner, Esq.
Barbra R. Joyner, Esq.
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Attorney for Plaintiffs
Barbra R. Joyner, Esq.
Thomas Bacon, P.A.

                        1470 E. Michigan St.
                        Orlando, FL  32806
                        Email:  bjoyneresq@aol.com
                        Phone: (407) 481-7997
                        Fax: (407) 481-7986
                        Florida Bar. Id. No. 141348

                        By: /s/ Barbra R. Joyner, Esq.
                              Barbra R. Joyner, Esq.