UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-CIV-61423-ALTONAGA/Simonton

**ACCESS 4 ALL, INC.**,
a Florida not for profit
corporation, and
**JOE HOUSTON**, individually,

      Plaintiffs,

v.

**CITITRENDS, INC.**,
a foreign for profit corporation,

      Defendant.
_____/

**FINAL ORDER APPROVING JOINT STIPULATION TO DISMISS
AND DISMISSING CASE WITH PREJUDICE**

THIS CAUSE came before the Court on the Joint Stipulation to Dismiss Case [ECF No. 24], and the Court having reviewed the pleadings and papers filed in this cause and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that this case is dismissed with prejudice. The Court retains jurisdiction to enforce the settlement agreement entered into by the parties.

**DONE AND ORDERED** in Chambers at, Miami, Florida, this 9th day of December, 2011.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies to:

counsel of record
all *pro se* parties